

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>EDWARD BARNETT,<br><br>    Defendant.<br>_____/ | Case:2:21-cr-20098<br>Judge: Friedman, Bernard A.<br>MJ: Altman, Kimberly G.<br>Filed: 02-10-2021 At 02:46 PM<br>INDI USA V EDWARD BARNETT (LG)<br><br>Violations:<br>18 U.S.C. § 922(g)(1) |

## INDICTMENT

THE GRAND JURY CHARGES:

### COUNT ONE
Felon in Possession of a Firearm and Ammunition
18 U.S.C. § 922(g)(1)

On or about August 15, 2020, in the Eastern District of Michigan, and elsewhere, defendant EDWARD BARNETT, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm and ammunition, that is:

- One (1) Smith & Wesson, model SD40VE, .40 caliber, semi-automatic pistol, bearing serial number: FCD5089, and

- Thirteen (13) rounds of .40 caliber ammunition,

said firearm and ammunition having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## COUNT TWO
### Felon in Possession of Ammunition
### 18 U.S.C. § 922(g)(1)

On or about August 15, 2020, in the Eastern District of Michigan, and elsewhere, defendant EDWARD BARNETT, knowing that he had been previously convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed approximately fourteen (14) rounds of .40 caliber ammunition, said ammunition having previously traveled in interstate and/or foreign commerce, in violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATIONS
### (18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c))

1. The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 924(d) together with Title 28, United States Code, Section 2461.

2. Upon being convicted of violating Title 18, United States Code, Section 922, as set forth in this Indictment, the convicted defendant EDWARD BARNETT shall forfeit to the United States any firearm or ammunition involved in the offense, pursuant to Title 18, United States Code, Section 924(d)(1) together

with Title 28, United States Code, Section 2461(c), including but not limited to a Smith & Wesson, model SD40VE, .40 caliber, semi-automatic pistol, bearing serial number FCD5089, and 27 rounds of .40 caliber ammunition.

THIS IS A TRUE BILL

*s/ Grand Jury Foreperson*
GRAND JURY FOREPERSON

SAIMA S. MOHSIN
Acting United States Attorney

CRAIG WININGER
Chief, Violent & Organized Crime Unit

*s/ Ranya Elzein*
Ranya Elzein
Assistant United States Attorney
211 W. Fort St., Suite 2001
Detroit, MI 48226
Phone: (313) 226-0213
Ranya.Elzein@usdoj.gov
OH 0090887

Dated: February 10, 2021

| United States District Court<br>Eastern District of Michigan | Criminal Case Cover | Case: 2:21-cr-20098<br>Judge: Friedman, Bernard A.<br>MJ: Altman, Kimberly G. |
|---|---|---|

NOTE: It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurate

Filed: 02-10-2021 At 02:46 PM
INDI USA V EDWARD BARNETT (LG)

| Companion Case Information | Companion Case<br><br>U.S. v. Xavier Mathis<br>Case Number and Judge Unknown; Mathis Indictment filed the same day as Barnett Indictment. |
|---|---|
| This may be a companion case based on LCrR 57.10(b)(4)[1]: | |
| ☑Yes ☐No | AUSA's Initials: RE |

**Case Title:** USA v. Edward Barnett

**County where offense occurred:** Wayne

**Offense Type:** Felony

Indictment – no prior complaint.

## Superseding Case Information

**Superseding to Case No:** _____  **Judge:** _____

**Reason:**

| Defendant Name | Charges | Prior Complaint (if applicable) |
|---|---|---|
| | | |

Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case

February 10, 2021
Date

Ranya Elzein
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI 48226
Ranya.Elzein@usdoj.gov
(313) 226-0213
Bar #: OH 0090887

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence.  Cases may be companion cases even though one of them may have already been terminated.